UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAORONG LU

        Plaintiff(s),

   v.

MICHAEL CHERTOFF, ET AL.,

        Defendant(s).

No. C 07-4003 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 08/28/2007

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")