# PROOF OF SERVICE

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

>111 Pine Street, Suite 1350
>San Francisco, CA 94111

That I served the within:

**RE:**   **C07 4003 WHA**

1) CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT;
2) SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP.

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

>Alberto Gonzales (By Certified Mail)
>Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>US Attorneys Office (By Certified Mail)
>450 Golden Gate Avenue, Box 36055
>San Francisco, CA 94102
>Attn: Civil Process Clerk
>
>Office of the General Counsel (By Certified Mail)
>U.S. Department of Homeland Security
>Washington, DC 20528
>
>Robert S. Mueller, III (By Certified Mail)
>Director
>Federal Bureau of Investigations
>Office of the General Counsel
>Room 7427, 935 Pennsylvania Ave., N.W.,
>Washington, DC 20535

Executed this August 31, 2007, at San Francisco, California.

_____
Joanna Lai