1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Baorong LU

6              **UNITED STATES DISTRICT COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8
   Baorong LU                          )
9                                       )   Case No.: **C07-4003 WHA**
                                        )
10                     Plaintiff        )   **NOTICE OF VOLUNTARY
                                        )   DISMISSAL**
11  vs.                                 )
                                        )
12  MICHAEL CHERTOFF, Secretary of the  )
    Department of Homeland Security;    )
13  ROBERT S. MUELLER, Director of Federal )
    Bureau of Investigation             )
14                                       )
                       Defendants.       )   "Immigration Case"
15  _____    )

16

17      NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily

18  dismisses the above-captioned action without prejudice.

19

20  Dated:    September 27, 2007                    Respectfully submitted,

21

22

23

24                                                  Justin X. WANG, Esq.
                                                    Attorney for Plaintiff
25

26

27

28